# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LACAL LUCKY WILSON

NO. 2022 KW 0505

**AUGUST 2, 2022**

---

In Re:    Lacal Lucky Wilson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 374,567.

---

**BEFORE:    MCDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bill of information, the habitual offender bill of information, the commitment order, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

$a.S_n$

DEPUTY CLERK OF COURT
FOR THE COURT